

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-20-00572-CV

Bobby **HOLLY** and Dolores Holly,
Appellants

v.

**NEWBERRY RANCHES OF TEXAS LLC,**
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34257
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellee's brief was originally due May 28, 2021. Appellee's first motion for extension of time was granted, extending the deadline for filing the brief to June 28, 2021. On June 24, 2021, appellee filed a motion requesting an additional extension of time to file the brief until July 13, 2021. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by July 13, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court